IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-831-FDW-DCK

| | |
|---|---|
| CHARLENE A. BOEHM AND CPSBIORESEARCH, LLC, ) ) ) Plaintiffs, ) ) v. ) ) FUTURE TECH TODAY, INC., JOSHUA ) KORN a/k/a JOSHUA PARKER, and AAA ) PRODUCTION, INC., ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) filed by Justin A. Jernigan, concerning Randall B. Bateman on May 30, 2013. Mr. Bateman seeks to appear as counsel *pro hac vice* for Defendant AAA Production, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) is **GRANTED.** Mr. Bateman is hereby admitted *pro hac vice* to represent Defendant AAA Production, Inc.

**SO ORDERED**.

Signed: June 3, 2013

David C. Keesler
United States Magistrate Judge